UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL EARL, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C17-5440-JPD <br><br> ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES |

This matter comes before the Court on the parties' stipulated motion for attorney's fees. Dkt 18. Based on the stipulation of the parties, the Court ORDERS that the stipulated motion is GRANTED and that attorney fees in the amount of $4,034.20 shall be awarded to plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon plaintiff's

//

//

ORDER - 1

assignment of this fee to hIS attorney.  The check for EAJA fees shall be mailed to plaintiff's counsel at Dellert Baird Law Offices, PLLC, P.O. Box 97301, Lakewood, WA 98497.

DATED this 22nd day of February, 2018.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2